```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
FRANK H. FINKEL, JOSEPH A. FERRARA,
SR., MARC HERBST, THOMAS N. PIALI,
GARY LABARBERA, THOMAS GESUALDI,
LOUIS BISIGNANO, AND ANTHONY
PIROZZI, as Trustees and Fiduciaries
of the Local 282 Welfare Trust Fund,
the Local 282 Pension Trust Fund, the
Local 282 Annuity Trust Fund, the
Local 282 Job Training Fund, and the
Local 282 Vacation and Sick Leave
Trust Fund,

                    Plaintiffs,

          -against-                         MEMORANDUM & ORDER
                                            07-CV-4771(JS)(ARL)
SEA TRUCKING CO., INC., T&S TRUCKING
CO., INC., HELEN SOLIMINE, AND
TOMINO SOLIMINE,

                    Defendants.
----------------------------------------X
APPEARANCES:
For Plaintiffs:     Bruce S. Levine, Esq.
                    David Ronald Hock, Esq.
                    Thomas N. Ciantra, Esq.
                    Cohen, Weiss and Simon, LLP
                    330 West 42nd Street
                    New York, NY 10036

For Defendants:     Christopher A. Smith, Esq.
                    Seth Ptasiewicz, Esq.
                    Trivella, Forte & Smith, LLP
                    1311 Mamaroneck Avenue, Suite 170
                    White Plains, NY 10605

                    Jeffrey H. Lichtman, Esq.
                    Law Offices of Jeffrey Lichtman
                    750 Lexington Ave, 15th Fl.
                    New York, NY 10022

                    Marc A. Fernich, Esq.
                    Law Offices of Marc Fernich
                    750 Lexington Avenue, 15th Fl.
                    New York, NY 10022

SEYBERT, District Judge:
```

On January 28, 2011, the Court stayed this civil action pending Defendant Tonino Solimine's criminal sentencing. Mr. Solimine has been sentenced, and the stay in this action is hereby lifted. In accordance with Magistrate Judge Lindsay's October 1, 2010 Order (Docket Entry 22), the parties shall contact Judge Lindsay's chambers for an amended scheduling order.

SO ORDERED.

/s/ Joanna Seybert
_____
Joanna Seybert, U.S.D.J.

Dated: June 17, 2011
       Central Islip, New York